# In the United States District Court
# for the Southern District of Georgia
# Waycross Division

STEPHEN CHRISTOPHER PLUNKETT,

    Plaintiff,

v.

TIMOTHY HALL, et al.,

    Defendants.

5:23-cv-65

## ORDER

The Magistrate Judge issued a Report and Recommendation for the Court to grant as unopposed Defendants' Motions to Dismss and to dismiss without prejudice Plaintiff's Complaint, as amended, based on his failure to follow this Court's Orders and failure to prosecute. Dkt. No. 45. Plaintiff did not file Objections to the Report and Recommendation, and the time to do so has elapsed.

Accordingly, upon review, I find no clear error in the Magistrate Judge's Report and Recommendation and **ADOPT** the Report and Recommendation as the opinion of the Court. See Macort v. Prem, Inc., 208 F. App'x 781, 784 (11th Cir. 2006) (If no specific objections are made or no objections are made at all, "the appropriate standard of review for the report and recommendation is clear error."). I **GRANT as unopposed** Defendants' Motion to Dismiss, dkt. nos. 40, 42, **DISMISS without prejudice** Plaintiff's Complaint, as amended, dkt. nos. 2, 29, **DIRECT** the Clerk of Court

to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENY** Plaintiff leave to appeal *in form pauperis*.

**SO ORDERED**, this 12 day of November, 2025.

_____
HON. LISA GODBEY WOOD, ~~JUDGE~~
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA